IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOHN MAHONEY :
*ON BEHALF OF HIMSELF AND ALL* :
*OTHERS SIMILARLY SITUATED* :
: CIVIL ACTION
v. :
: NO. 19-4426
THE LINCOLN NATIONAL LIFE INSURANCE :
COMPANY :

# ORDER

**AND NOW, TO WIT:** This _4th_ day of _February_, 2020, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

KATE BARKMAN, Clerk of Court

BY: _____
Civil Deputy Clerk to Judge Surrick

Emailed: 02/04/20

D. Glanzberg, Esquire
A Quiles Nevarez, Esquire
J. Lynett, Esquire